[No. 2539-0-III. Division Three. March 25, 1980.]

THE CITY OF SPOKANE, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant,* ROBERT A. WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 237107, Donald N. Olson, J., entered August 9, 1977. The opinion filed in this cause on March 30, 1979, is withdrawn and the appeal is *dismissed* by unpublished opinion per Roe, J., concurred in by Munson and McInturff, JJ.

[Nos. 3287-6-III; 3288-4-III. Division Three. March 27, 1980.]

*In the Matter of* JERRY MARVIN BELT.

Appeals from judgments of the Superior Court for Kittitas County, Nos. 1620, 1633, Carl L. Loy, J., entered January 30, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.

[No. 5002-8-I. Division One. March 31, 1980.]

JACARANDA LAND CORPORATION, *Respondent,* v. CLIFFORD A. McKEE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 50608, Byron L. Swedberg, J., entered August 19, 1976. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Andersen and Dore, JJ.